AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Herrera, Judith C | U.S. District Court, NM | 5/13/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ● Nomination    Date<br><br>● Initial    ◉ Annual    ○ Final | 1/1/2004<br>to<br>12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>P.O. Box 2085<br>Santa Fe, NM 87504-2085 | Reviewing Officer_____    Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder/President | Herrera, Long, Pound & Komer, P.A. (Until 06/16/04) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | Will roll over profit sharing account out of law firm. |

FINANCIAL
DISCLOSURE OFFICE
RECEIVED
May 16  3 39 PM '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Herrera, Long, Pound & Komer, P.A. (Salary) | 29,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Las Campanas Limited Partnership (Salary) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Office Building-Rental Property #1 | O |
| 2. Charles Schwab | Margin Account | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property #1 Santa Fe, NM | G | Rent | O | R | | | | | |
| 2. PRTNRSHIP Int - Law Firm, SF, NM | | None | K | W | | | | | |
| 3. ▅▅▅Prtnrshp #1 Santa Fe, NM | | None | P1 | W | | | | | |
| 4. Cabot Oil & Gas-Common | | None | L | T | | | | | |
| 5. Cisco Systems Inc.-Common | | None | | | sell | 09-21 | K | | |
| 6. Dell Computer Corp-Common | | None | | | sell | 09-21 | L | E | |
| 7. Fidelity Natl Finl Inc.-Common | B | Dividend | L | T | | | | | |
| 8. Intel Corp-Common | | None | | | sell | 03-05 | K | | |
| 9. Janus Worldwide Fund-Mutual Fund | | None | | | sell | 03-12 | J | | |
| 10. MCDATA Corp CL A | | None | | | sell | 11-29 | J | A | |
| 11. Microsoft Corp-Common | D | Dividend | L | T | | | | | |
| 12. N B T Y Inc.-Common | | None | | | sell | 11-30 | K | D | |
| 13. Stewart Info Svcs Corp.-Common | | None | | | sell | 03-02 | K | D | |
| 14. AOL Time Warner Inc-Common | | None | | | sell | 11-05 | J | | |
| 15. Avaya Inc Odd Lot Offer | | None | | | sell | 11-29 | J | A | |
| 16. Baker Hughes Inc | | None | | | sell | | | | |
| 17. Caremark Rx Inc.-Common | | None | K | T | | | | | |
| 18. D S T SYSTEMS Inc.-Common | | None | | | sell | 03-02 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date; Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Gulfterra Energy Ptnrs-Common | | None | | | sell | 04-05 | J | B | |
| 20. Johnson & Johnson-Common | | None | | | sell | 03-17 | J | D | |
| 21. Latin Amern Discovery FD | | None | | | sell | var | J | C | |
| 22. Lowes Companies Inc.-Common | | None | J | T | | | | | |
| 23. M G I C Investment Corp-Common | | None | | | sell | 03-02 | J | B | |
| 24. Pfizer Incorporated-Common | | None | | | sell | 11-02 | J | | |
| 25. Herrera, Long, Pound & Korner, PA,Profit Sharing Plan | A | Distribution | K | T | | | | | |
| 26. Las Campanas Limited Partnership, 401(k) | | None | K | T | | | | | |
| 27. Las Campanas Limited Partnership, Profit Sharing Plan | A | Distribution | J | T | | | | | |
| 28. Intl Game Technology | A | Dividend | L | T | | | | | |
| 29. NW Mutual Life Ins. | | None | K | T | | | | | |
| 30. NW Mutual Life Ins. | | None | K | T | | | | | |
| 31. NW Mutual Life Ins. | | None | K | T | | | | | |
| 32. NW Mutual Variable Extra Ord Life: Aggressive Growth Stock | | None | J | T | | | | | |
| 33. NW Mutual Variable Extra Ordinary Life: Small Cap Growth | | None | J | T | | | | | |
| 34. NW Mutual Variable Extra Ordinary Life: Aggressive Growth | | None | J | T | | | | | |
| 35. NW Mutual Variable Extra Ordinary Life: Small Cap Growth | | None | J | T | | | | | |
| 36. NW Mutual Variable Extra Ordinary Life: Aggressive Growth | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = S more than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. NW Mutual Variable Extra Ordinary Life: Small Cap Growth | | None | J | T | | | | | |
| 38. Hanover CAP MTG HLDS-Common | A | Dividend | | | buy/sell | 09-13 | J | | |
| 39. IBM-Common | | None | | | buy/sell | 09-21 | K | | |
| 40. MBNA-Common | | None | | | buy/sell | 11-02 | K | | |
| 41. Berkshire Hathaway CL B-Common | | None | L | T | | | | | |
| 42. Energy Partners LTD-Common | | None | J | T | | | | | |
| 43. GEHL Company-Common | | None | K | T | | | | | |
| 44. Healthcare SVC Group Inc-Common | | None | K | T | | | | | |
| 45. Symantec Corp-Common | | None | K | T | | | | | |
| 46. Exxon Mobil Corp-Common | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash-Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat [REDACTED]        Date **5/13/05**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544